# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| WILLIAM M. USCHOCK AND DAVID USCHOCK, CO-EXECUTORS OF THE IRENE G. USCHOCK ESTATE,<br><br>Petitioners<br><br>v.<br><br>KRIEBEL GAS COMPANY AND RANGE RESOURCES - APPALACHIA, LLC,<br><br>Respondent | : No. 429 WAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

 **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.